**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE - REMOVAL
### COURT MINUTES - CRIMINAL
BEFORE: JON T. HUSEBY
U.S. MAGISTRATE JUDGE

United States of America,

    Plaintiff,

v.

Bradley Kraemer,

    Defendant.

| | |
|---|---|
| Case No: | 18-mj-745 JTH |
| Date: | August 29, 2018 |
| Courthouse: | St. Paul |
| Courtroom: | Devitt |
| Time Commenced: | 2:13 p.m. |
| Time Concluded: | 2:16 p.m. |
| Time in Court: | 3 minutes |

APPEARANCES:

    Plaintiff: Brad Endicott, Assistant U.S. Attorney
    Defendant: Doug Micko, Assistant Federal Public Defender
        ✖ FPD    ✖ To be appointed

✖ Advised of Rights

on  ✖ Indictment
✖ Date charges or violation filed: 8/1/2018
✖ Current Offense: knowingly and unlawfully distributed 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine
✖ **Charges from other District:** Western District of Wisconsin
✖ Title and Code of underlying offense from other District: 21:841(a)(1)
✖ Case no: 3:18-cr-109 WMC

✖ Government moves for detention.
Motion is ✖ granted, temporary detention ordered.

Next appearance date is August 31, 2018 at 9:30 a.m. before U.S. Magistrate Judge Jon T. Huseby, Devitt CR STP for:
✖ Detention hrg  ✖ Removal hrg

Additional Information:

                        s/ Janet Midtbo
                      Signature of Courtroom Deputy